**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

    **PLAINTIFF,**

    v.         **CRIMINAL NO. 10-30171-DRH**

**DEVON ROGERS,**

    **DEFENDANT.**

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS

On April 1, 2011, this court entered an order for forfeiture against defendant Devon Rogers for the following property which had been seized from the defendant:

**One Lorcin, Model L25, .25 caliber semi-automatic pistol bearing serial number 326249, and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, [www.forfeiture.gov](www.forfeiture.gov), for 30 consecutive days beginning May 18, 2011, and ending June 16, 2011, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7) that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on April 1, 2011, namely:

**One Lorcin, Model L25, .25 caliber semi-automatic pistol bearing serial number 326249, and any and all ammunition contained therein.**

The Vault Custodian for the Bureau of Alcohol, Tobacco, Firearms, and Explosives or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the United States Marshal or the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

**IT IS SO ORDERED.**

Signed this 28th day of October, 2011.

Digitally signed by David R. Herndon
Date: 2011.10.28 16:19:49 -05'00'

**Chief Judge
United States District Court**